UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR07-281-RSM |
| ) | |
| v. ) | |
| ) | |
| RICHARD GAMEZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count 1: Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. §§ 1029(a)(2) and 1029(b)(2).

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   After pleading guilty, the defendant requested that his bond be revoked and that he be allowed to begin serving his term.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be taken into custody and detained pending sentencing and committed to the custody of the Attorney General for confinement in a correctional facility;

(2)   Defendant shall be afforded reasonable opportunity for private consultation

01    with counsel;

02    (3)    On order of a court of the United States or on request of an attorney for the
03           government, the person in charge of the corrections facility in which defendant
04           is confined shall deliver the defendant to a United States Marshal for the
05           purpose of an appearance in connection with a court proceeding;
06    (4)    The bond previously entered is revoked; and
07    (5)    The Clerk shall direct copies of this Order to counsel for the United States, to
08           counsel for the defendant, to the United States Marshal, and to the United
09           States Pretrial Services Officer.
10           DATED this 17th day of January, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                                   15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 2